UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**DAVID CHRISTIAN TYNER &<br>CHRISTIAN PETER TYNER,**<br><br>Defendants. | Case No. 23-CR-361 (RDM) |

### JOINT MOTION FOR A PLEA HEARING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendants, David Christian Tyner and Christian Peter Tyner, with the concurrence of their attorneys, respectfully request that the Court schedule a plea hearing in the above captioned matter. The parties consent to proceed with the plea hearing virtually. If the court is available, the parties are available to conduct a virtual plea hearing on the previously scheduled status hearing date of October 26, 2023.

**Joint Request for Plea Hearing—Page 1**

\* \* \*

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:   *s/ Sean P. McCauley*
SEAN P. McCAULEY
Assistant United States Attorney
New York Bar No. 5600523
United States Attorney's Office
For the District of Columbia
601 D. Street, NW
Washington, DC 20530
Sean.McCauley@usdoj.gov

KARDON LAW, INC.

*s/Nancy Kardon*
Nancy Kardon, Esq.
Colorado Bar No. 47074
4770 Baseline Rd, Suite 200
Boulder CO 80303
nkardon@kardonlaw.com
(310) 902-7837
Attorney for Def DAVID CHRISTIAN TYNER

LAW OFFICES OF EDWARD M. ROBINSON

*s/ Edward M. Robinson*
EDWARD M. ROBINSON
California Bar No. 207303
21515 Hawthorne Blvd, Suite 730
Torrance, CA 90503
eroblaw@gmail.com
(310) 995-9332
Attorney for Def CHRISTIAN PETER TYNER