CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Case No.: 23-CR-361 |
| ) | |
| ) | |
| DAVID CHRISTIAN TYNER ) | |
| ) | |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_David Tyner_
Defendant

_N. Karla_
Counsel for Defendant

I consent:

_[signature]_
Assistant United States attorney

Approved:

_Randolph D. Moss_    Date: 10/26/23

United States Magistrate Judge